■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYRON SAPP, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered April 7, 1989, convicting defendant, after a jury trial, of two counts of robbery in the second degree and sentencing him to two concurrent prison terms of 3 to 9 years, unanimously affirmed.

Defendant and accomplices followed the complainant into the subway system and onto a train. At 59th Street, they pushed him off the train and onto the platform, beating him and stealing a gold chain. A witness chased defendant and one accomplice to the street. The police were summoned; defendant was eventually apprehended after a chase, during which a second witness observed defendant stop and discard a gold chain. Under these circumstances, we are satisfied defendant was proved guilty beyond a reasonable doubt, and that his conviction accorded with the weight of the evidence.

Given the viciousness of the robbery, and defendant's criminal history, including the fact that defendant was previously adjudicated a youthful offender in a prior attempted robbery conviction, greater leniency in sentencing was not warranted. Concur—Murphy, P. J., Milonas, Ross, Asch and Rubin, JJ.